Slip Op. 12-142

# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| PSC VSMPO – AVISMA CORPORATION and VSMPA – TIRUS, U.S., INC., | |
| Plaintiffs, | Before: Judith M. Barzilay, Senior Judge |
| v. | Consol. Court No. 08-00321 |
| UNITED STATES, | |
| Defendant, | |
| and | |
| U.S. MAGNESIUM LLC, | |
| Defendant-Intervenor. | |

## JUDGMENT

Following the Federal Circuit's decision in *PSC VSMPO-AVISMA Corp. v. United States*, 688 F.3d 751 (Fed. Cir. 2012), reversing and remanding this court's decision in the above captioned case, it is hereby

**ORDERED** that the *Final Results* of Commerce's 2006/2007 administrative review of the antidumping duty order covering magnesium metal from the Russian Federation are reinstated and sustained.


Dated: __November 20, 2012__        ____/s/ Judith M. Barzilay_____
         New York, NY                  Judith M. Barzilay, Senior Judge